IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SOLAN HOLDING, BV, SYNEXXUS COMPOSITES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY GLAROS, SYNEXXUS INC., et al., <br><br> Defendants. | Case No.: 1:22-cv-00786 |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, Gregory E. Glaros and Synexxus, Inc. (collectively "Defendants"), by their undersigned counsel, pursuant to Fed. R. Civ. P. 12, hereby move to dismiss Plaintiffs' Complaint (ECF No. 1). In further support, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, by reasons of the foregoing and the supporting Memorandum of Law, Defendants respectfully request that the Court: (i) grant the Motion to Dismiss; (ii) dismiss Plaintiff's Complaint; and (iii) award such other relief as this Court deems just and proper.

Dated: September 12, 2022          Respectfully submitted,

By:  /s/ _____
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendants Gregory E. Glaros & Synexxus Inc.*
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/
Jason R. Hodge (VSB No. 90793)
*Attorney Defendants Gregory E. Glaros & Synexxus Inc.*
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com