IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOLAN HOLDING BV, SYNEXXUS COMPOSITES, LLC, and PATRICK COUGHLIN, | |
| **Plaintiffs,** | Civil Action No.: 1:22-cv-00786 |
| v. | |
| GREGORY E. GLAROS, SYNEXXUS COMPOSITES, INC., and WILLIAM BURNS, | |
| **Defendants.** | |

## NOTICE OF CORRECTION

PLEASE TAKE NOTICE, Plaintiffs, Solan Holding BV ("Solan") and Synexxus Composites, LLC ("Synexxus"), by and through undersigned counsel, Broderick C. Dunn, Esq., John David Coker, Esq., and the law firm of Cook Craig & Francuzenko, PLLC, respectfully file this Notice of Correction to correct the previously filed Waiver(s) of the Service of Summons, ECF Nos. 40, 41, and 42. Although the documents themselves were correct, ECF Nos. 40, 41, and 42, filed on October 11, 2022, used the dates in the signature block as opposed to the date appearing on the waivers themselves. Correct filings with appropriate dates follow the incorrectly numbered submission at ECF Nos. 40, 41, and 42.

Respectfully submitted,

/s/ *John David Coker*
John David Coker, VSB No. 92883
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Office: (703) 865-7480
Fax:    (703) 434-3510
jdcoker@cookcraig.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I electronically filed the foregoing Notice of Correction with the Clerk of Court using the CM/ECF system and emailed a copy to the following:

Matthew S. Sturtz, Esq.
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street
Suite 1600
Baltimore, MD 21201
Matt.sturtz@nelsonmullins.com
*Counsel for Defendants Gregory Glaros,*
*William Burns, and Synexxus, Inc.*

Kraig D. Jennett, Esq.
Russell D. Duncan, Esq.
Clark Hill
1001 Pennsylvania Avenue NW
Suite 1300 South
Washington, DC 20004
kjennett@clarkhill.com
rduncan@clarkhill.com
*Counsel for Plaintiff Patrick Coughlin*

/s/ *John David Coker*
John David Coker, Esq.