IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SOLAN HOLDING, BV, SYNEXXUS COMPOSITES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY GLAROS, SYNEXXUS INC., et al., <br><br> Defendants. | Case No.: 1:22-cv-00786 |

## DEFENDANTS' TRIAL WITNESS LIST

Defendants Gregory Glaros, William Burns, and Synexxus, Inc., by and through their undersigned counsel, submit the following trial witness list. These disclosures are made without waiver of the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege. Defendants reserve the right to add to or amend this disclosure as appropriate and/or necessary, including as contemplated by the Court's Order dated April 7, 2023 (ECF No. 102). Defendants further reserve the right to call any witness who appears on Plaintiffs' witness list, and to call any potential witness in rebuttal.

<u>Witnesses Expected to Testify at Trial</u>

1. Gregory Glaros
2. William Burns
3. Elliot Antokas
4. Cesar Elizaga
5. P. Brooke Kerschbaumer
6. Patrick Coughlin

Dated: April 18, 2023                    Respectfully submitted,

By: /s/ _____
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

Matthew S. Sturtz (admitted *pro hac vice*)
*Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S. Charles Street, Suite 1600
Baltimore, Maryland 21201
Phone: (443) 392-9400
Facsimile: (443) 392-9499
matt.sturtz@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/
Jason R. Hodge (VSB No. 90793)
*Attorney Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com