**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SOLAN HOLDING, BV, SYNEXXUS COMPOSITES, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| GREGORY GLAROS, SYNEXXUS INC., et al., | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 1:22-cv-00786

**PLAINTIFFS' WITNESS LIST**

Plaintiffs Solan Holding, BV ("Solan") and Patrick Coughlin ("Coughlin"), in their individual capacities and derivatively on behalf of Synexxus Composites, LLC (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit the following list of witnesses who may testify at trial in the above-captioned matter. These disclosures are made without waiver of the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege.  Plaintiffs reserve the right to add to or amend this disclosure as appropriate and/or necessary, including as contemplated by the Court's Order dated April 7, 2023 (ECF No. 102). Plaintiffs further reserve the right to call any witness who appears on Defendants' witness list, and to call any potential witness in rebuttal.

| Individual/Entity | Contact Information | Testimony at Trial |
|---|---|---|
| Cesar Elizaga | Through counsel | Expected |
| Patricia Brooke Kerschbaumer | Through counsel | Expected |
| Patrick Coughlin | Through counsel | Expected |
| Gregory Glaros | Through counsel | Expected |

1

| **Individual/Entity** | **Contact Information** | **Testimony at Trial** |
|---|---|---|
| William Burns | Through counsel | Expected |
| Elliot Antokas | 3446 Connecticut Ave, NW Unit 304 Washington, DC 20008 (908) 477-4522 | Expected |
| Pam Schuitema | PNC Bank, National Association 62 E 8th St Ste 250 Holland, MI 49423 (616) 394-7034 | If needed |
| Ruth Ann Clark | JP Morgan Chase Bank c/o CT Corporation System 4701 Cox Road, Suite 285 Glen Allen, VA, 23060 (804) 533-6901 | If needed |
| Whitney Abraham | JP Morgan Chase Bank c/o CT Corporation System 4701 Cox Road, Suite 285 Glen Allen, VA, 23060 (804) 533-6901 | If needed |
| Brian MacInnes | Composite Builders, LLC 430 W. 18th St., Suite 200 Holland, MI 49423 (616) 377-7767 | Expected |
| Matthew Lepard | Composite Builders, LLC 430 W. 18th St., Suite 200 Holland, MI 49423 (616) 377-7767 | If needed |
| David Monks | Composite Builders, LLC 430 W. 18th St., Suite 200 Holland, MI 49423 (616) 377-7767 | If needed |
| Ravi Gadiraju | GeoNexxus H.No-5-11/1 Solakpally Rd,Opp KSP ECO Bricks Sivanagar, Telangana India | Expected |
| Sasia Greenfield | United Kingdom (949) 212-0359 | Expected |
| James Bishop | Western Michigan Community Bank 99 East 8th Street, Suite 100 Holland, MI 49423 | If needed |

| Individual/Entity | Contact Information | Testimony at Trial |
|---|---|---|
| | (616) 355-2884 | |
| Andrew Forbes | Cassidy and Associates<br>607 14th St NW Suite 400<br>Washington, DC 20005<br>(202) 347-0773 | If needed |
| Sarah Young | Cassidy and Associates<br>Cassidy and Associates<br>607 14th St NW Suite 400<br>Washington, DC 20005<br>(202) 347-0773 | If needed |
| Peter Anthony | Reefpoint Group, LLC<br>8045 Leesburg Pike Suite<br>240, Tysons, VA 22182<br>(410) 571-4967 | If needed |
| Alex Shimmel | Composite Consulting, LLC<br>North Baddesley, England,<br>United Kingdom | Expected |
| Representatives of Ott,<br>Bielitzki & O'Neill PLLC | Ott, Bielitzki & O'Neill<br>PLLC<br>1629 K St NW<br>Washington, DC 20006<br>(202) 657-5362 | If needed |
| W. Craig Schmitz | MVB Bank, Inc.<br>301 Virginia Avenue<br>Fairmont, WV, 26554<br>(844) 682-2265 | Expected |
| Austin James Shields | 3090 Ballesteras Court<br>Mt Airy, MD 21771<br>(301) 829-7293 | Expected |
| Keri Hall | 11304 Nestling Ridge<br>Spotsylvania VA 22551<br>(540) 310-0885 | If needed |
| Chris Dour | Navy-Marine Corps Relief<br>Society<br>875 N. Randolph St.<br>Suite 225<br>Arlington, VA 22203<br>(800) 654-8364 (HQs Main)<br><br>5139 10th Road N<br>Arlington, VA 22205<br>(Home) | Expected |

| **Individual/Entity** | **Contact Information** | **Testimony at Trial** |
|---|---|---|
| Heather Robinson | Charles and Mara Revocable Trust, Newbury Park, CA<br>979 Lodestone Ct<br>Newbury Park, CA 91320<br>(805) 559-3896 | Expected |
| Kurt Sommer | Sommer Udall Law Firm<br>2000 Old Pecos Trail<br>Santa Fe, NM 87501<br>(505) 982-4676 (Direct Dial)<br>(505) 982-4676 (Main) | If needed |
| Brent McCarthy | Choice One Bank<br>109 E. Division<br>Sparta, MI 49345<br>(616) 205-0231 (Main Branch)<br>(231) 780-1841 (Direct Dial) | If needed |
| Representative of Sterne Kessler | Sterne Kessler Goldstein & Fox PLLC<br>100 New York Avenue, NW<br>Suite 600<br>Washington, D.C. 20005<br>(202) 371-2600 | Expected |
| Fozzie Miller | The Fozzie Miller Group<br>60 West Street, Suite 402<br>Annapolis, MD 21401<br>(703) 887-7223 | Expected |
| Joe Singh Rodriguez | c/o Pancho Ryan, LLC<br>2013 Olde Regent Way<br>Suite 150-112<br>Leland, NC 28451<br>(203) 998-5288 | If needed |
| Dennis Danko | Naval Surface Warfare Center, Carderock Division<br>9500 MacArthur Blvd.<br>West Bethesda, MD 20817<br>(301) 227-4465 | If needed |
| Craig Corris | Naval Surface Warfare Center, Carderock Division<br>9500 MacArthur Blvd.<br>West Bethesda, MD 20817<br>(301) 227-4465 | If needed |
| Joseph P. Teter | Naval Surface Warfare Center, Carderock Division<br>9500 MacArthur Blvd.<br>West Bethesda, MD 20817 | If needed |

| Individual/Entity | Contact Information | Testimony at Trial |
|---|---|---|
| | (301) 227-4465 | |
| Chris Campbell | Unknown | If needed |
| Libby Unruh | Synexxus, Inc.<br>7734 Bridle Path Ln<br>McLean, VA 22101<br>(401) 855-9600<br><br>Synexxus, Inc.<br>2425 Wilson Blvd Ste 400<br>Arlington, VA 22201<br>(401) 855-9600 | If needed |
| Jon Sargent | Unknown | If needed |
| Dan Baczkowski | Unknown | If needed |
| Aaron Eckert | Great Lakes Power<br>7455 Tyler Blvd<br>Mentor, OH  44060<br>(440) 951-5111 (HQs) | If needed |
| Sneha Gadiraju | Unknown | If needed |
| Representative from Thompson Greenspon | Thompson Greenspon<br>4035 Ridge Top Road<br>Suite 700<br>Fairfax, VA 22030<br>(703) 385-8888 | If needed |
| Haroon Chang | Washington, D.C. | If needed |
| Representatives of First Citizens Bank | First Citizens Bank<br>950 N Glebe Rd #100<br>Arlington, VA 22203<br>(703) 650-1680<br><br>First Citizens Bank & Trust Company<br>The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21092 | If needed |

| Individual/Entity | Contact Information | Testimony at Trial |
|---|---|---|
| Representative of First Virginia Community Bank | First Virginia Community Bank<br>11325 Random Hills Road Suite 240<br>Fairfax, VA 22030<br>(703) 952-3277 | If needed |
| Dr. Jaye Falls | United States Naval Academy Department of Naval Architecture & Ocean Engineering<br>121 Blake Road<br>Annapolis, MD 21402<br>(410) 293-6429 | Expected |
| Representative of Precise, Inc. | 429 4th Ave. Ste. 200, Pittsburgh, PA 15219<br>866-277-3247 | If needed |
| Jean Pierre Mouligne | Gurit<br>Newport, Rhode Island<br>(401)-862-4686 | Expected |
| Representative of DNV | Unknown | If needed |

Dated:  April 19, 2023

Respectfully submitted,
CLARK HILL PLC

/s/ Kraig D. Jennett
Kraig D. Jennett
Virginia Bar No. 93246
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W., Suite 1300 S
Washington, DC 20004
Telephone: (202) 772-0913
Facsimile: (202) 772-0919
Email: kjennett@clarkhill.com
*Counsel for Plaintiffs Solan Holding BV and Patrick Coughlin*

/s/ Blair T. Preiser
Blair T. Preiser (admitted *pro hac vice*)
The Lynch Law Group, LLC
501 Smith Drive, Ste. 3
Cranberry Township, PA 16066
724-776-8000
bpreiser@lynchlaw-group.com
*Counsel for Plaintiff Solan Holding BV*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/ *Kraig D. Jennett*
Kraig D. Jennett, Esq. (VSB No. 93246)