IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOLAN HOLDING, BV, SYNEXXUS COMPOSITES, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 1:22-cv-00786 |
| v. | ) ) |
| GREGORY GLAROS, SYNEXXUS INC., et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' EXHIBIT LIST**

Plaintiffs Solan Holding, BV ("Solan") and Patrick Coughlin ("Coughlin"), in their individual capacities and derivatively on behalf of Synexxus Composites, LLC (together, "Plaintiffs"), by and through their undersigned counsel, hereby submit the following list of trial exhibits they may use in the above-captioned matter. Plaintiffs reserve the right to amend or supplement this list as appropriate. This list does not include exhibits Plaintiffs may seek to introduce for purposes of rebuttal or impeachment, and Plaintiffs reserve the right to submit or introduce additional exhibits for the purposes of rebuttal and/or impeachment. Further, Plaintiffs hereby incorporate, as if fully set forth herein, all exhibits contained in Defendants' Exhibit List, and reserve the right to use any such exhibit. Finally, this list does not include demonstrative or summary exhibits, which Plaintiffs reserve the right to use as appropriate to assist the triet of fact. Plaintiffs further reserve the right to add to or amend this disclosure as appropriate and/or necessary, including as contemplated by the Court's Order dated April 7, 2023 (ECF No. 102).

| Exhibit | Title | Type | Start | End |
|---|---|---|---|---|
| 1 | Patent 6,250,245 M-Shaped Boat Hull | | SOLAN014267 | SOLAN014280 |
| 2 | Patent 6,314,903 M-Shaped Boat Hull | | SOLAN014281 | SOLAN014296 |
| 3 | Patent 6,526,903 High Speed M-Shaped Boat Hull | | SOLAN014319 | SOLAN014341 |
| 4 | Patent 7,093,553 Super High-Speed Multi-Hull Watercraft | | SOLAN014342 | SOLAN014358 |
| 5 | Patent 8,683,936 B1 Powerboat Rooster Tail Depressor | | SOLAN014236 | SOLAN014252 |
| 6 | Patent 6,868,798 B2 Powered Watercraft | | SOLAN014253 | SOLAN014266 |
| 7 | Patent 6,983,713 B1 Powered Watercraft | | SOLAN014297 | SOLAN014318 |
| 8 | Patent D595,204 S M-Shaped Boat Hull (design patent) | | SOLAN014230 | SOLAN014235 |
| 9 | Conceptual Design Report | | SOLAN016547 | SOLAN016562 |
| 10 | OFT Proposal Report | | SOLAN015276 | SOLAN015292 |
| 11 | Contract | | SOLAN009239 | SOLAN009257 |
| 11.1 | Mod 1 | | SOLAN009225 | |
| 11.2 | Mod 2 | | SOLAN009238 | |
| 11.3 | Mod 3 | | SOLAN009228 | |
| 11.4 | Mod 4 | | SOLAN009231 | |
| 11.5 | Mod 5 and Exhibits | | SOLAN009206 | SOLAN009224 |
| 11.6 | Mod 6 | | SOLAN009195 | SOLAN009205 |
| 11.7 | Mod 7 | | SOLAN009230 | |
| 11.8 | Mod 8 | | SOLAN009232 | |
| 11.9 | Carderock Amendment | | SOLAN009226 | SOLAN009227 |
| 12 | Letter re Mod 5 with SOW | | SOLAN009212 | SOLAN009219 |
| 13 | PowerPoint | | SOLAN016543 | SOLAN016543 |
| 14 | Affidavit | | SOLAN014881 | SOLAN014891 |
| 15 | SYNEXXUS Project Shadow - Boat Proposal Submitted November 2018 | | SOLAN015670 | SOLAN015756 |
| 15.1 | M Ship Co. drawing #M80-03-1 dated 4/1/2005 | | | |
| 16 | Burns Secure Note | | SOLAN015385 | SOLAN015392 |
| 17 | Burns Patent Security Agreement | | SOLAN014824 | SOLAN014828 |
| 18 | Mship Co. v. Ice Marine Complaint | | SOLAN014900 | SOLAN014915 |
| 19 | MShipCo Patent Assignment | | SOLAN015263 | SOLAN015265 |
| 20 | Synexxus Composites, LLC formation | | SOLAN007496 | SOLAN007498 |
| 21 | Synexxus Composites Operating Agreement | | PC_00163584 | PC_00163607 |
| 22 | Patrick Coughlin Employment Agreement | | PC_00163331 | PC_00163342 |
| 23 | Appendix J IP project Shadow for Qatar Emiri navy and armed forces | | SOLAN015660 | SOLAN015669 |
| 24 | FW: Synexxus Little Creek Stiletto CRADA | Email | PC_00119763 | PC_00119764 |

2

| | | | | |
|---|---|---|---|---|
| 24.1 | 190628 Synexxus CRADA.pdf | Attachment | PC_00119765 | PC_00119789 |
| 24.2 | 190726 Synexxus Stiletto CRADA cover letter.pdf | Attachment | PC_00119790 | PC_00119790 |
| 25 | Re: Shadow Costs not in the BOM | Email | PC_00115303 | PC_00115304 |
| 26 | Update on SHADOW and Water | Email | PC_00064272 | PC_00064273 |
| 27 | Appendix J IP project Shadow for Qatar Emiri navy and armed forces | | PC_00163274 | PC_00163282 |
| 28 | Org Chart Notes | Email | PC_00039762 | PC_00039762 |
| 29 | Integrity Pact Bank Guarantee | Email | PC_00008054 | PC_00008054 |
| 30 | CRADA 1 May 2019 | | PC_00163326 | PC_00163330 |
| 31 | FW: R: TAA | Email | PC_00106115 | PC_00106123 |
| 32 | Re: Request for Information | Email | PC_00019419 | PC_00019420 |
| 33 | Re: Slide decks from our call today? | Emails | PC_00103494 | PC_00103501 |
| 34 | Draft Pitch Deck | Email | PC_00036606 | PC_00036606 |
| 34.1 | Shadow Pitch Deck.ppxt | Attachment | PC_00036607 | PC_00036623 |
| 35 | Re: Stiletto Site Visit | E-mail | PC_00035385 | PC_00035387 |
| 36 | WhatsApp Messages - Kerschbaumer and Glaros | | SOLAN016134 | SOLAN016210 |
| 37 | Re: Latest questions from Patrick | E-mail | PC_00078894 | PC_00078897 |
| 38 | Investment Documents | Email | PC_00144066 | PC_00144066 |
| 38.1 | Investment by Patrick C.pdf | Attachment | PC_00144067 | PC_00144088 |
| 39 | Bridge Loan | Email | PC_00048270 | PC_00048270 |
| 40 | Re: SSA for Feb and March Pay | Email | PC_00161338 | PC_00161339 |
| 40.1 | SSA - Patrick Coughlin Feb and March Pay.pdf | Attachment | PC_00161340 | PC_00161349 |
| 41 | Re: Request relevant patent identification? | E-mail | PC_00148046 | PC_00148048 |
| 41.1 | 00 Synexxus Patent Portfolio 23 Apr 2020.pdf | Attachment | PC_00148049 | PC_00148183 |
| 42 | Updated - Final Presentation for India Armed Forces | Email | PC_00088218 | PC_00088218 |
| 42.1 | Shadow Pitch India 23 April 2020.pdf | Attachment (via link) | | |
| 42.2 | Shadow Pitch India 23 April 2020.ppt | Attachment (via link) | | |
| 43 | Stock Subscription Agreement | | PC_00136586 | PC_00136595 |
| 44 | Re: Employee Stock Options Plan | Email | PC_00106474 | PC_00106476 |
| 44.1 | SSA-Stock Options as Compensation Agreement 12 June 2020 - Haroon Change Signed.pdf | Attachment | PC_00106477 | PC_00106485 |
| 45 | Re: SSAs | Email | PC_00119295 | PC_00119296 |
| 45.1 | SSA-Patrick Coughlin June-Aug.pdf | Attachment | PC_00119297 | PC_00119306 |

| | | | | |
|---|---|---|---|---|
| 46 | Subscription Agreement | | PC_00163714 | PC_00163731 |
| 47 | Re: Stealthy Shadow "SS" way forward (2020-08-24 at 08:34 GMT-7) | E-mail | PC_00007742 | PC_00007743 |
| 47.1 | SHADOW Family of Stealth.pdf | Attachment | PC_00007744 | PC_00007753 |
| 48 | Stock Subscription Agreement | | PC_00136576 | PC_00136585 |
| 49 | Appendixes | Email | PC_00105609 | PC_00105609 |
| 49.1 | Appendixs.zip | Attachment | PC_00105610 | PC_00105740 |
| 50 | Re: SYNEXXUS Advocacy Form | Email | PC_00135664 | PC_00135683 |
| 50.1 | Advocacy for India 13 Oct 2020.pdf | Attachment | PC_00135684 | PC_00135690 |
| 52 | OCT_DEC SSA | Email | PC_00141781 | PC_00141781 |
| 52.1 | SSA - Patrick Coughlin OCT-DEC.pdf | Attachment | PC_00141782 | PC_00141791 |
| 53 | Re: OCT-DEC SSA | Email | PC_00141778 | PC_00141779 |
| 53.1 | SSA OCT-DEC.pdf | Attachment | PC_00141780 | PC_00141780 |
| 54 | Assignment Agreement | | SOLAN016213 | SOLAN016219 |
| 55 | FW: Insperity Financial Analysis | Email | PC_00117228 | PC_00117228 |
| 55.1 | Insperity Financials.pdf | Attachment | PC_00117229 | PC_00117235 |
| 55.2 | Independence Choice BAAG.pdf | Attachment | PC_00117236 | PC_00117263 |
| 55.3 | Synexxus-Executive Summary.pdf | Attachment | PC_00117264 | PC_00117289 |
| 56 | Org Chart Notes | Email | PC_00039762 | PC_00039762 |
| 57 | Integrity Pact Bank Guarantee | Email | PC_00008054 | PC_00008054 |
| 58 | Corrections to Appendix H, K, J and other documents | Email | PC_00007961 | PC_00007962 |
| 59 | RFP Response Folder | Email | PC_00007865 | PC_00007865 |
| 60 | Re: Corrections to Appendix H, K, J and other documents | Email | PC_00007961 | PC_00007962 |
| 61 | Sub: INTEGRITY PACT BANK GUARANTEE (IPBG) | Letter | SOLAN016234 | SOLAN016235 |
| 62 | Queries PDF response for submission | Email | PC_00008155 | PC_00008155 |
| 62.1 | Quereis Response to Technical Proposal WP_0910_SS_TEC 24 Aug 2021.pdf | Attachment | PC_00008156 | PC_00008169 |
| 63 | Re: SYNEXXUS Introduction | Email | PC_00158925 | PC_00158939 |
| 63.1 | Scanned Notarized Copies.pdf | Attachment | PC_00158940 | PC_00158955 |
| 64 | Re: Regarding IPBG to Indian Navy (Synexxus) | Email | PC_00086827 | PC_00086828 |
| 65 | WhatsApp Exchange, Gregory Glaros and Ravi Gadiraju | | SOLAN016524 | SOLAN016541 |
| 66 | MVB IPBG | | SOLAN015242 | SOLAN015243 |
| 67 | W. Craig Schmitz Affidavit | | SOLAN015266 | SOLAN015275 |
| 68 | James Austin Shields Affidavit | | SOLAN015224 | SOLAN015228 |
| 69 | Notary book | | SOLAN015203 | SOLAN015204 |

| | | | | |
|---|---|---|---|---|
| 70 | Re: Regarding IPBG to Indian Navy (Synexxus) | Email | PC_00086747 | PC_00086755 |
| 71 | Re: Regarding IPBG to Indian Navy (Synexxus) | Email | PC_00086735 | PC_00086746 |
| 72 | re asking Bill about IP transfer | Email exchange | PC_00086377 | PC_00086378 |
| 73 | September 2021 Synexxus, Inc. Purchase Order | | | |
| 74 | RE: Shadow class - Specification and GA | Email | DNV000317 | DNV000328 |
| 75 | RE_Shadow class - Specifications and GA | Email | DNV000310 | DNV000315 |
| 76 | Engineroom ventilation | Email | PC_00049080 | PC_00049082 |
| 77 | Introduction | Email | SOLAN003334 | SOLAN003334 |
| 78 | Drawing Package | Email | PC_00086388 | PC_00086388 |
| 79 | Progress report 1st Nov | Email | PC_00068408 | PC_00068409 |
| 80 | Zoom meeting invitation - Synexxus/performance LOC | Email | SOLAN002796 | SOLAN002796 |
| 80.1 | Zoom-Meeting.ics | Attachment | SOLAN002797 | SOLAN002797 |
| 82 | CONFIDENTIAL Fwd: Synexxus Composites Shadow Project | Email | SOLAN005751 | SOLAN005752 |
| 82.1 | Signed contract SS - 2021.pdf | Attachment | SOLAN005759 | SOLAN005876 |
| 82.2 | Shadow Class Future Business Case.pdf | Attachment | SOLAN005878 | SOLAN005888 |
| 82.3 | cumulative cash flow estimate - project shadow india.pdf | Attachment | SOLAN005890 | SOLAN005890 |
| 82.4 | estimated costs by sub-group.pdf | Attachment | SOLAN005892 | SOLAN005892 |
| 82.5 | SYNEXXUS Composites LLC Request for Funding.pdf | Attachment | SOLAN005894 | SOLAN005894 |
| 83 | Re: CONFIDENTIAL Fwd: Synexxus Composites Shadow Project | Email | SOLAN005748 | SOLAN005750 |
| 84 | Re: FW: Synexxus Composites Shadow Project | Email | SOLAN004516 | SOLAN004518 |
| 85 | Re: FW: Synexxus Composites Shadow Project | E-mail | SOLAN004279 | SOLAN004284 |
| 85.1 | PBK Executed NDA_SYNEXXUS_Composites_LLC.pdf | Attachment | SOLAN004285 | SOLAN004288 |
| 86 | Re: FW: Synexxus Composites Shadow Project | Email | SOLAN004270 | SOLAN004274 |
| 86.1 | PBK Executed NDA_SYNEXXUS_Composites_LLC[68].pdf | Attachment | SOLAN004275 | SOLAN004278 |
| 87 | Re: Synexxus Composites Shadow Project | E-mail | SOLAN004533 | SOLAN004533 |
| 87.1 | Signed contract SS - 2021.pdf | Attachment | SOLAN004534 | SOLAN004651 |
| 87.2 | Shadow Class Future Business Case.pdf | Attachment | SOLAN004652 | SOLAN004662 |

| | | | | |
|---|---|---|---|---|
| 87.3 | cumulative cash flow estimate - project shadow india.pdf | Attachment | SOLAN004663 | SOLAN004663 |
| 87.4 | estimated costs by sub-group.pdf | Attachment | SOLAN004664 | SOLAN004664 |
| 87.5 | SYNEXXUS Composites LLC Request for Funding.pdf | Attachment | SOLAN004665 | SOLAN004665 |
| 88 | Re: FW: Synexxus Composites Shadow Project | Email | SOLAN004516 | SOLAN004518 |
| 89 | Re: FW: Synexxus Composites Shadow Project | Email | SOLAN004341 | SOLAN004344 |
| 89.1 | Multi Role High Speed Carbon Fiber Vessel Combined Drawings 6 Oct 2021.pdf | Attachment (via link) | | |
| 89.2 | SYNEXXUS Patent Portfolio Combined.pdf | Attachment (via link) | SOLAN016236 | SOLAN016523 |
| 89.3 | SYNEXXUS Composites LLC Responses to Inquery.pdf | Attachment | SOLAN004345 | SOLAN004347 |
| 89.4 | Monday-estimated costs by sub-group[40][6].pdf | Attachment | SOLAN004348 | SOLAN004348 |
| 89.5 | Monday-cumulative cash flow estimate - project shadow india[97][7].pdf | Attachment | SOLAN004349 | SOLAN004349 |
| 89.6 | 211022 Synexxus CRADA finalized highlighted [67][93].pdf | Attachment | SOLAN004350 | SOLAN004374 |
| 90 | Forwarding responses to due diligence questions | Email | SOLAN005696 | SOLAN005701 |
| 90.1 | Multi Role High Speed Carbon Fiber Vessel Combined Drawings 6 Oct 2021.pdf | Attachment (via link) | | |
| 90.2 | SYNEXXUS Patent Portfolio Combined.pdf | Attachment (via link) | SOLAN016236 | SOLAN016523 |
| 90.3 | SYNEXXUS Composites LLC Responses to Inquery.pdf | Attachment | SOLAN005702 | SOLAN005704 |
| 90.4 | Monday-estimated costs by sub-group[40][6].pdf | Attachment | SOLAN005705 | SOLAN005705 |
| 90.5 | Monday-cumulative cash flow estimate - project shadow india[97][7].pdf | Attachment | SOLAN005706 | SOLAN005706 |
| 90.6 | 211022 Synexxus CRADA finalized highlighted [67][93].pdf | Attachment | SOLAN005707 | SOLAN005731 |
| 91 | Re: FW: Synexxus Composites Shadow Project | Email | SOLAN005689 | SOLAN005695 |
| 92 | Re: FW: Synexxus Composites Shadow Project | Email | SOLAN005583 | SOLAN005588 |
| 92.1 | 501_DSR_C_21-22_MULTI ROLE CARBON FIBER VESSEL PERT Chart.pdf | Attachment | SOLAN005589 | SOLAN005596 |

| | | | | |
|---|---|---|---|---|
| 92.2 | SYNEXXUS Composites LLC Inquery 2 4 Nov 2021.pdf | Attachment | SOLAN005597 | SOLAN005597 |
| 92.3 | Gregory Glaros Resume 2021.pdf | Attachment | SOLAN005598 | SOLAN005598 |
| 92.4 | Coughlin Patrick Resume.pdf | Attachment | SOLAN005599 | SOLAN005599 |
| 93 | Stiletto Pictures | Email | PC_00071557 | PC_00071559 |
| 94 | Marketing Material | Email | SOLAN001659 | SOLAN001659 |
| 94.1 | Shadow Pitch India 20 Oct 2021.pdf | Attachment (link) | | |
| 94.2 | Shadow Class Future Business Case.pdf | Attachment (link) | | |
| 94.3 | Multi Role Carbon Fiber Vessel Manufacturing Review 6 Oct 2021.pdf | Attachment (link) | | |
| 94.4 | Clarification Questions CONOPS 11 Nov 2019.pdf | Attachment (link) | | |
| 95 | Discovery Responses from Sterne Kessler | | | |
| 96 | M80-01-01 MS80-I-Hull&Deck-2D Lines | | | |
| 97 | M80-02-01 OutboardProfile&DeckPlan (1) | | | |
| 98 | M80-03-02 InteriorArrangementPlanView | | | |
| 99 | M80-07-01 MachyGeneralArrangement | | | |
| 100 | SP1856-0002 I Hull LAMINATE-SHEET 1 | | | |
| 101 | SP1856-0002 I Hull LAMINATE-SHEET 2 | | | |
| 102 | 086 Document Register 21-11-21 | | | |
| 103 | 086-101-01 P1 - Standard Notes | | | |
| 104 | 086-101-02 P2 - Structural GA | | | |
| 105 | 086-110-01 PA - Hull Laminates | | | |
| 106 | TR1856-6002 A M-SHIP 80 ANALYSIS SUMMARY | | | |
| 107 | TR1856-6003 B M-SHIP 80 LOAD CASE SUMMARY | | | |
| 108 | TR1856-6004 A M-SHIP 80 SKIRT DESIGN SUMMARY | | | |
| 109 | TR1856-6005 A M-SHIP GLOBAL TORSION STUDY | | | |
| 110 | Architectural and Engineering Drawings for Stiletto and Project Shadow | | | |
| 111 | Bank Schedule - DRAFT | | SOLAN007554 | SOLAN007554 |
| 112 | All deposition transcripts and videos | | | |

| | | | | |
|---|---|---|---|---|
| 113 | Final Architectural and Engineering Drawings from M Ship Co. | | | |
| 114 | RE -- RE- Bank Guaranty - Synexxus Composites.eml | Email | PC_00012365 | PC_00012366 |
| 114.1 | 10-31-21 Multi Role Carbon Fibre Vessel Progress Report | Attachment (link) | | |
| 114.2 | Bank Guaranty - Synexxus Composites.eml | Attachment | PC_00012367 | PC_00012371 |
| 115 | Re: November Status Update for 501/DSR/C/21-22/Multi Role Carbon Fiber Vessel | Email | SOLAN005564 | SOLAN005565 |
| 115.1 | 01 Multi Role Carbo Fiber Vessel Progress report 1-30 Nov 2021 | Attachment | SOLAN005566 | SOLAN005573 |
| 116 | Re: Synexxus Composites / PNC Docs | Email | PC_00142578 | PC_00142578 |
| 116.1 | PERFORMANCE CUM Warranty Bank Guarantee 8 Nov 2021[99].docx | Attachment | PC_00142579 | PC_00142580 |
| 116.2 | Signed contract SS - 2021.pdf; | Attachment | PC_00142581 | PC_00142698 |
| 116.3 | INDIA TAA Approved with PROVISOS and Cover Letter Aug 2020[2].pdf | Attachment | PC_00142699 | PC_00142709 |
| 117 | Re: Compliance Questions - Final | Email | PC_00147297 | PC_00147300 |
| 117.1 | Responses to PNC Queries 7 Dec 2021[77].docx | Attachment | PC_00147301 | PC_00147306 |
| 117.2 | Files associated with responses | Attachment (link) | | |
| 118 | Re: Series B Pro Forma | Email | PC_00082163 | PC_00082165 |
| 119 | Investor Prospectus | Email | PC_00115784 | PC_00115785 |
| 119.1 | Investment Prospectus 21 Dec 2021.pdf | Attachment | PC_00115786 | PC_0115790 |
| 119.2 | SSA Joe Rodriguez - Glaros.docx | Attachment | PC_00115793 | PC_00115799 |
| 119.3 | SSA Joe Rodriguez - Coughlin.docx | Attachment | PC_00115800 | PC_00115806 |
| 120 | Short term note | Email | SOLAN005330 | SOLAN005330 |
| 120.1 | 20211220 Solan-Synexxus 1M Loan Note.docx | Attachment | SOLAN005331 | SOLAN005333 |
| 121 | Re: Short term note | Email | SOLAN005323 | SOLAN005324 |
| 121.1 | 20211220 Solan-Synexxus 1M Loan Note [49].pdf | Attachment | SOLAN005325 | SOLAN005327 |
| 122 | Fwd: [EXTERNAL] Final quote and deposit invoice for Multi-Role tooling | Email | SOLAN005477 | SOLAN005481 |
| 123 | William Burns Employment Agreement | | SOLAN009270 | SOLAN009272 |
| 124 | Response to Message Received January 12 2022.doc | Email | PC_00034847 | PC_00034848 |

8

| | | | | |
|---|---|---|---|---|
| 124.1 | STAGE II DELIVERABLES.zip | Attachment (link) | SOLAN0013467 | SOLAN0014140 |
| 125 | Re: 2M conversion document | Email | PC_00037286 | PC_00037287 |
| 126 | 1-16-23 Letter from G. Glaros to India | | | |
| 127 | 7-27-22 Letter from Glaros to India re breach | | | |
| 128 | 7-27-22 Letter from Glaros to India re default | | | |
| 129 | 8-2-22 Letter from India to Synexxus Composites | | | |
| 130 | 3-25-22 Letter from India re IPBG | | | |
| 131 | Stage I Completion Certificate | | PC_00039720 | PC_00039720 |
| 132 | Textron Systems Canada PO | | PC_00050144 | PC_00050144 |
| 133 | Re: SBA Meeting | Email | PC_00056758 | PC_00056760 |
| 134 | Pantheon Integrated Solutions PO | | PC_00101939 | PC_00101939 |
| 135 | Pantheon Integrated Solutions PO | | PC_00101946 | PC_00101946 |
| 136 | Purchasing and Receipt Flow | | PC_00102279 | PC_00102286 |
| 137 | Stock Subscription Agreement | | PC_00108590 | PC_00108599 |
| 138 | Teledyne Flir Surveillance, Inc. PO | | PC_00133821 | PC_00133821 |
| 139 | Stock Subscription Agreement | | PC_00136556 | PC_00136565 |
| 140 | Teledyne Flir Surveillance, Inc. PO | | PC_00138690 | PC_00138690 |
| 141 | Out of Court Debt Restructuring | Email | PC_00138995 | PC_00138996 |
| 142 | Stock Subscription Agreement | | PC_00163455 | PC_00163476 |
| 143 | Re: Termination | Letter | PC_00163616 | PC_00163616 |
| 144 | Screenshots | | PC_00163617 | PC_00163617 |
| 145 | Composite Builders Statement No. 1066 | | PC_00163704 | PC_00163704 |
| 146 | Outstanding Synexxus Composite Reimbursable for Patrick Coughlin | | PC_00163757 | PC_00163757 |
| 147 | Chase Confirmation | | PC_00163758 | PC_00163758 |
| 148 | Enterprise Rental Invoice | | PC_00163759 | PC_00163760 |
| 149 | Enterprise Rental Invoice | | PC_00163761 | PC_00163762 |
| 150 | Gerald R. Ford Museum Receipt | | PC_00163763 | PC_00163767 |
| 151 | Southwest Airlines Receipt | | PC_00163768 | PC_00163772 |
| 152 | Southwest Airlines Receipt | | PC_00163773 | PC_00163782 |
| 153 | AMEX Travel Receipt | | PC_00163783 | PC_00163790 |
| 154 | Text Messages between Glaros and Coughlin | | PC_00163791 | PC_00163792 |
| 155 | Text Messages between Glaros and Coughlin | | PC_00163793 | PC_00163793 |
| 156 | Text Messages between Glaros and Coughlin | | PC_00163794 | PC_00163795 |
| 157 | SSA Signature Page | | PC_00163796 | PC_00163796 |
| 158 | Stock Subscription Agreement | | PC_00163797 | PC_00163818 |

| | | | | |
|---|---|---|---|---|
| 159 | Stock Subscription Agreement | | PC_00163819 | PC_00163828 |
| 160 | SSA Signature Page | | PC_00163829 | PC_00163829 |
| 161 | Stock Subscription Agreement | | PC_00163830 | PC_00163838 |
| 162 | Stock Subscription Agreement | | PC_00163840 | PC_00163849 |
| 163 | SSA Signature Page | | PC_00163850 | PC_00163850 |
| 164 | Stage Completion Certificate - Stage I | | PC_00163851 | PC_00163852 |
| 165 | Stock Subscription Agreement | | PC_00163853 | PC_00163862 |
| 166 | CRADA from Carderock | | | |
| 167 | Services Agreement from Elliot Antokas | | | |
| 168 | Services Agreement attached to Defendants' Response to Motion for Summary Judgment in Maryland action | | | |
| 169 | Re: Short term note for payroll | Email | SOLAN014453 | SOLAN014453 |
| 169.1 | Convertible Promissory Note | Attachment | SOLAN014454 | SOLAN014456 |
| 170 | Stiletto LLIS Proposal | | SOLAN016212 | SOLAN016212 |
| 171 | M Ship Co Letter | | SOLAN016211 | SOLAN016211 |
| 172 | Pats Wishlist for success and good times | Email | SOLAN004492 | SOLAN004493 |
| 173 | Re: Synexxus Composite - State Bank of India Guarantee [20220327IE00878] | Email | PC_00070935 | PC_00070944 |
| 174 | EXTERNAL: RE: Synexxus Composites, LLC | Email | SOLAN001691 | SOLAN001692 |
| 174.1 | Entity Doc.Authorities.pdf | Attachment | SOLAN001693 | SOLAN001724 |
| 175 | Subj: Receiving LC and Amendment to Waive Bank Guarantee | Letter | SOLAN016544 | SOLAN016545 |
| 176 | Subj: Delinquency in Opening of Letter of Credit (LC) | Letter | SOLAN016542 | SOLAN016542 |
| 177 | JP Morgan Bank Statements | | | |
| 178 | Re Compliance Questions | Email | PC_00147307 | PC_00147309 |
| 178.1 | BIO Synexxus 2021 | Attachment | PC_00147310 | PC_00147330 |
| 178.2 | Lien Release Information | Attachment | PC_00147331 | PC_00147337 |
| 178.3 | Solan Synexxus Convertible Note | Attachment | PC_00147338 | PC_00147340 |
| 178.4 | Attachment - Synexxus IP Assignment Agreement | Attachment | PC_00147341 | PC_00147347 |
| 178.5 | CRADA finalized highlighted | Attachment | PC_00147348 | PC_00147372 |
| 178.6 | Annexure III | Attachment | PC_00147373 | PC_00147385 |
| 178.7 | India TAA approved with provisos and Cover letter Aug 2020 | Attachment | PC_00147386 | PC_00147396 |
| 178.8 | Composite Builders Services Agreement | Attachment | PC_00147397 | PC_00147426 |
| 178.9 | Chase Bank September 2021 | Attachment | PC_00147427 | PC_00147428 |
| 178.10 | Chase Bank Oct 2021 | Attachment | PC_00147429 | PC_00147430 |
| 178.11 | Chase Bank Nov 2021 | Attachment | PC_00147431 | PC_00147434 |
| 178.12 | Responses to Queries | Attachment | PC_00147435 | PC_00147440 |

| | | | | |
|---|---|---|---|---|
| 179.00 | May 1 2019 CRADA | | PC_00163326 | |
| 180 | EXTERNAL: Re: Western Michigan Community Bank Statement | Email | PNC_0000441 | PNC_0000444 |
| 181 | EXTERNAL: Re: Western Michigan Community Bank Statement | Email | PNC_0000388 | PNC_0000390 |
| 182 | Gregory Glaros Affidavit | Affidavit | | |
| 183 | Operating Agreement | Attachment | | |
| 184 | Gregory Glaros 2nd Affidavit | Affidavit | | |
| 185 | Gregory Glaros 3rd Affidavit | Affidavit | | |
| 186 | Appendix G: Intellectual Property Rights - Republic of India Navy and Armed Forces | | | |
| 187 | Re: Stiletto Site Visit | Email | PC_00035385 | PC_00035387 |
| 188 | Letter | | SOLAN009189 | |
| 189 | Letter | | SOLAN009191 | |
| 190 | Defendants' Expert Designation | | | |
| 191 | Dr. Jaye Falls Expert Report | | | |
| 192 | DNV Class Approved and Reviewed Drawings - Approved | | | |
| 193 | DNV Class and Reviewed Drawings - For Information | | | |
| 194 | DNV Letter re: GU7355-802/A | | | |
| 195 | Fwd: Notice of Material Breach | Email | SOLAN003621 | SOLAN003621 |
| 195.1 | Synexxus Notice of Default.pdf | Attachment | SOLAN003622 | SOLAN003622 |
| 195.2 | SynexXXusSuperSS as of 7.19.22-1.xlsx | Attachment | SOLAN003623 | SOLAN003623 |
| 195.3 | SyneXXUus Stmt 7.19.22.pdf | Attachment | SOLAN003624 | SOLAN003624 |
| 195.4 | I-Syn-10 July.pdf | Attachment | SOLAN003625 | SOLAN003625 |
| 195.5 | I-Syn-9 June.pdf | Attachment | SOLAN003626 | SOLAN003626 |
| 196 | Services Agreement Questions | Email | SOLAN008669 | SOLAN008669 |
| 197 | RE: Services Agreement Questions | Email | SOLAN008253 | SOLAN008254 |
| 197.1 | Statement of Work.pdf | Attachment | SOLAN008255 | SOLAN008256 |
| 197.2 | Statement of Work.docx | Attachment | SOLAN008257 | SOLAN008258 |
| 198 | RE: Synexxus - Holding from Dutch BV company | Email | SOLAN007584 | SOLAN007585 |
| 199 | QBO Access | Email | SOLAN007581 | SOLAN007581 |
| 200 | Re: Composite Builders Funds | Email | SOLAN014776 | SOLAN014778 |
| 201 | Amicable Settlement | Email | SOLAN014376 | SOLAN014376 |
| 202 | 8/2/22 Letter from India | | SOLAN007542 | SOLAN007542 |
| 203 | 8/1/22 Letter from India | | SOLAN007537 | SOLAN007537 |
| 204 | Re: Accounts Payable | Email | SOLAN007611 | SOLAN007612 |

Dated: April 19, 2023                    Respectfully submitted,

/s/ *Kraig Jennett*
Kraig D. Jennett (VSB No. 93246)
CLARK HILL PLC
1001 Pennsylvania Ave. NW, Suite 1300 South
Washington, DC 20004
Telephone: 202-640-6657
Facsimile:  202-552-2377
kjennett@clarkhill.com
rduncan@clarkhill.com

*Attorneys for Plaintiffs Patrick Coughlin and Solan Holding BV*


/s/ *Blair Preiser*
Blair T. Preiser (admitted *pro hac vice*)
Daniel P. Lynch (admitted *pro hac vice*)
THE LYNCH LAW GROUP, LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
Telephone: (724) 776-8000
Facsimile: 724-776-8001
bpreiser@lynchlaw-group.com
dlynch@lynchlaw-group.com
*Attorneys for Plaintiffs Solan Holding BV and Synexxus Composites, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/ *Kraig D. Jennett*
Kraig D. Jennett, Esq. (VSB No. 93246)

L1740\455870\271341808