IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SOLAN HOLDING, BV, SYNEXXUS COMPOSITES, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>GREGORY GLAROS, SYNEXXUS INC., et al.,<br><br>          Defendants. | Case No.: 1:22-cv-00786 |

**WRITTEN STIPULATION OF UNCONTESTED FACTS**

Per the Court's Order (ECF No. 59), Plaintiffs Solan Holding BV ("Solan"), Synexxus Composites LLC, and Patrick Coughlin, together with Defendants Gregory E. Glaros, Synexxus, Inc., and William Burns, by and through their undersigned counsel, hereby stipulate to the following uncontested facts:

1. Neither Coughlin nor Solan had any involvement with the Stiletto.

2. On August 31, 2021, Synexxus Composites entered a contract with the Republic of India for Synexxus Composites to deliver to India one multi-role carbon fiber vessel (the "India Contract").

3. Glaros was first introduced to Solan in late October 2021.

4. On November 3, 2021, Synexxus Composites, LLC and Solan entered into a Non-Disclosure and Confidentiality Agreement.

5. On November 8, 2021, Solan and Synexxus Composites entered into a convertible promissory note (the "November 2021 Note").

6. Solan drafted the November 2021 Note.

1

7. On December 20, 2021, Solan and Synexxus Composites entered into a 60-day convertible promissory note (the "December 2021 Note").

8. Solan drafted the December 2021 Note.

9. On January 13, 2022, Solan and Synexxus Composites agreed to an addendum to the December 2021 Note (the "January 2022 Addendum").

10. Solan drafted the January 2022 Addendum.

11. Burns started as the President of Synexxus, Inc., on January 17, 2022.

12. Synexxus Composites received from the Republic of India, Navy Certificates of Completion for Stage I and Stage II under the India Contract.

13. India made the Stage I payment to Synexxus Composites in late April 2022.

**JOINTLY FILED AND AGREED AS TO FORM AND CONTENT:**

Dated:  April 19, 2023                              Respectfully submitted,


/s/                                                  /s/
Kraig D. Jennett, Esq. (VA Bar No. 93246)           Jason R. Hodge (VSB Bar No. 90793)
Clark Hill PLC                                      NELSON MULLINS RILEY &
1001 Pennsylvania Avenue, N.W.                      SCARBOROUGH LLP
Suite 1300 South                                    901 East Byrd Street, Suite 1650
Washington DC  20004                                Richmond, VA 23219
Telephone:  (202) 772-0913                          Telephone: (804) 533-3891
Facsimile:  (202) 772-0919                          Facsimile: (804) 616-4129
Email:  kjennett@clarkhill.com                      jason.hodge@nelsonmullins.com

*Attorney for Plaintiffs Solan Holding BV and*      *Attorney for Defendants Gregory E. Glaros,*
*Patrick Coughlin*                                  *Synexxus Inc., & William Burns*


Blair T. Preiser (admitted *pro hac vice*)          Matthew S. Sturtz (admitted *pro hac vice*)
The Lynch Law Group, LLC                            NELSON MULLINS RILEY &
501 Smith Drive, Ste. 3                             SCARBOROUGH LLP
Cranberry Township, PA 16066                        100 S. Charles Street, Suite 1600

<div style="columns:2">

Telephone: (724) 776-6067
Facsimile: (724) 776-8001
bpreiser@lynchlaw-group.com

*Attorney for Plaintiffs Solan Holding BV and Synexxus Composites LLC*

Baltimore, MD 21201
Telephone: (443) 392-9400
Facsimile: (443) 392-9499
matt.sturtz@nelsonmullins.com

*Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/ _____
Jason R. Hodge (VSB No. 90793)
*Attorney Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com