# FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO.   1:22cv786           DATE:   04/19/2023

JUDGE: Patricia Toliver Giles

COURT REPORTER:   S. Wallace

Start Time: 10:00am

End Time:   10:30am


  Solan Holding BV et al           vs.   Synexxus Composites, Inc. et al

APPEARANCES:   of Counsel for: Plaintiff and Defendant via Telephone

Kraig Jennett, Blair Preiser, Matthew Sturtz, Caitlin Hollingsworth


(x) Case set for trial by **JURY** on  07/25/2023 at 10:00am     (10 days)

( ) Case set for trial by **COURT** on _____

| | | |
|---|---|---|
| Plaintiff's Witness List filed | x ECF | _ In Open Court |
| Plaintiff's Exhibit List filed | x ECF | _ In Open Court |
| Dft's Witness List filed | x ECF | _ In Open Court |
| Dft's Exhibit List filed | x ECF | _ In Open Court |

Notes:

  Parties have filed disclosures, Court advised of case status

  Parties plan to file motions for summary judgment

  Hearing will be held on 07/07/2023 at 10:00am

  Parties directed to meet and confer regarding jury instructions and submit 1 set of agreed upon instructions 7 days before trial

disputed instructions to be filed separately

Parties also directed to contact magistrate judge regarding settlement