IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Solan Holding BV, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00786 (PTG/WEF) |
| ) | |
| Synexxus Composites, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is set for trial on July 25, 2023. On July 14, 2023, the parties filed several motions *in limine*. Dkts. 147, 148, 150, 152, 154. It is hereby

ORDERED that the parties are directed to file any oppositions to said motions by Wednesday, July 19.

Entered this 18th day of July, 2023

/s/
Patricia Tolliver Giles
United States District Judge