IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| SOLAN HOLDING BV, et al., ) | |
| ) | |
| ) | Civil Action No. 1:22-cv-00786-PTG-WEF |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GREGORY GLAROS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT NOTICE OF SETTLEMENT**

The parties, by and through counsel, hereby inform the Court that they have reached a settlement of the remaining claims in this matter. The parties represent that they will file a joint stipulation of dismissal of the remaining claims in this matter by 12:00 pm ET on Monday, July 24, 2023.

Accordingly, in light of this settlement and forthcoming joint stipulation of dismissal, the parties respectfully request that the Court stay all pending deadlines, including trial.

Dated: July 22, 2023                         Respectfully submitted,

/s/
Kraig D. Jennett, Esq. (VA Bar No. 93246)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington DC 20004
Telephone: (202) 772-0913
Facsimile: (202) 772-0919
Email: kjennett@clarkhill.com

/s/
Jason R. Hodge (VSB Bar No. 90793)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

| | |
|---|---|
| *Attorney for Plaintiffs Solan Holding BV and Patrick Coughlin* | *Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns* |
| | |
| Blair T. Preiser (admitted *pro hac vice*)<br>The Lynch Law Group, LLC<br>501 Smith Drive, Ste. 3<br>Cranberry Township, PA 16066<br>Telephone: (724) 776-6067<br>Facsimile: (724) 776-8001<br>bpreiser@lynchlaw-group.com | Matthew S. Sturtz (admitted *pro hac vice*)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>100 S. Charles Street, Suite 1600<br>Baltimore, MD 21201<br>Telephone: (443) 392-9400<br>Facsimile: (443) 392-9499<br>matt.sturtz@nelsonmullins.com |
| *Attorney for Plaintiffs Solan Holding BV and Synexxus Composites LLC* | *Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com