# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| SOLAN HOLDING BV, et al., | ) |
| Plaintiffs, | ) Civil Action No. 1:22-cv-00786-PTG-WEF |
| v. | ) |
| GREGORY GLAROS, et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among all parties to this action that all claims asserted by Solan Holding BV and Synexxus Composites, LLC against Gregory Glaros and Synexxus, Inc. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 24, 2023                                    Respectfully submitted,

/s/                                                                              /s/
Kraig D. Jennett, Esq. (VA Bar No. 93246)     Jason R. Hodge (VSB Bar No. 90793)
Clark Hill PLC                                                  NELSON MULLINS RILEY &
1001 Pennsylvania Avenue, N.W.                    SCARBOROUGH LLP
Suite 1300 South                                              901 East Byrd Street, Suite 1650
Washington DC  20004                                    Richmond, VA 23219
Telephone:  (202) 772-0913                              Telephone: (804) 533-3891
Facsimile:  (202) 772-0919                               Facsimile: (804) 616-4129
Email:  kjennett@clarkhill.com                         jason.hodge@nelsonmullins.com

*Attorney for Plaintiffs Solan Holding BV and*     *Attorney for Defendants Gregory E. Glaros,*
*Patrick Coughlin*                                                     *Synexxus Inc., & William Burns*

Blair T. Preiser (admitted *pro hac vice*)         Matthew S. Sturtz (admitted *pro hac vice*)
The Lynch Law Group, LLC                              NELSON MULLINS RILEY &

1

| | |
|---|---|
| 501 Smith Drive, Ste. 3<br>Cranberry Township, PA 16066<br>Telephone: (724) 776-6067<br>Facsimile: (724) 776-8001<br>bpreiser@lynchlaw-group.com<br><br>*Attorney for Plaintiffs Solan Holding BV and Synexxus Composites LLC* | SCARBOROUGH LLP<br>100 S. Charles Street, Suite 1600<br>Baltimore, MD 21201<br>Telephone: (443) 392-9400<br>Facsimile: (443) 392-9499<br>matt.sturtz@nelsonmullins.com<br><br>*Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

/s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendants Gregory E. Glaros, Synexxus Inc., & William Burns*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com